**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                     Plaintiff,           )<br>       vs.                                        )<br> Pedro Contreras-Jimenez,       )<br>                     Defendant.        )<br>_____) | No. CR 98-00740-PHX-RCB<br><br>**O R D E R** |

The Court is in receipt of Government's Petition for Remission of Fine (Doc. 17) in the above action pursuant to 18 U.S.C. §3573. The Court after reviewing the Petition, concludes and finds that reasonable efforts to collect the fine are not likely to be effective.

Accordingly,

IT IS HEREBY ORDERED that the fine is remitted.

DATED this 2nd day of February, 2014.

_____
Robert C. Broomfield
Senior United States District Judge

cc: United States Probation Office

  Clerks Office Financial Section